**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **YVONNE GEDDIS LEE**<br><br>*Plaintiff,*<br><br>v.<br><br>**PROSEGUR SERVICES GROUP, INC.,** ***et al.***<br><br>*Defendants*. | Case No.: 1:25-CV-03568-MJM |

**DEFENDANT SOUTHWEST AIRLINES CO.'S**
**LOCAL RULE 103.3 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 103.3, Defendant Southwest Airlines Co. ("Southwest"), by undersigned counsel, submits this Corporate Disclosure of Affiliations and Financial Interest Statement.

1. Southwest is a publicly traded entity.

2. The Vanguard Group reports to beneficially own more than 10% of the shares of Southwest.

3. Elliott Investment Management L.P. reports a beneficial ownership of 9.1% of outstanding shares of common stock of Southwest and economic exposure to Southwest of approximately 13.4% of common stock outstanding of Southwest.

4. Southwest has no parent corporation, no other entity has reported beneficial holdings of over 10%, and there is no other entity related to or affiliated with Southwest that has a financial interest in the outcome of this litigation as set forth in Local Rule 103.3.

Respectfully submitted,

*<u>/s/ Eric M. Leppo</u>*
Eric M. Leppo (Fed. Bar No. 28525)
Simone T. Fair (Fed. Bar No. 31125)
Semmes, Bowen & Semmes
250 West Pratt Street, Suite 1900
Baltimore, Maryland 21201
Telephone: (410) 539-5040
Facsimile: (410) 539-5223
eleppo@semmes.com
sfair@semmes.com

*Attorneys for Defendant*
*Southwest Airlines Co.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of December 2025, a copy of the foregoing Defendant Southwest Airlines Co.'s Local Rule 103.3 Disclosure of Corporate Interest was filed via CM/ECF and served via first-class mail, postage prepaid, on

Brian K. McDaniel, Esq. (9506210270)
1001 L Street SE
Washington, DC 20003
Tel: (202) 331-0793
bkmassociates@aol.com

*Counsel for Plaintiff*

Kenneth S. Nankin
Federal Bar No. 15317
NANKIN LAW LLC
700 King Farm Boulevard, Suite 550
Rockville, Maryland 20850
(202) 463-4911-telephone
(202) 463-6177 -fax
ksn@nankin.com

*Counsel for Defendant*
*Prosegur Services Group, Inc.*

*<u>/s/ Eric M. Leppo</u>*
Eric M. Leppo (Fed. Bar No. 28525)